MILTON MARGOLES, appellant, v. IOWA STATE BOARD OF MEDICAL
EXAMINERS, appellee.

No. 52540.

(Reported in 151 N.W.2d 457)

JUNE 6, 1967.

Strand & Kiener, of Decorah, for appellant.

Richard C. Turner, Attorney General, and Frank D. Bianco,
Assistant Attorney General, for appellee.

STUART, J.—Doctor Margoles applied for a license to prac-
tice medicine and surgery in Iowa, and, in accordance with sec-
tion 148.4, Code of Iowa, asked that the certificate of examina-
tion issued by the national board of medical examiners be
accepted in lieu of the examination required by section 148.3.
The Iowa State Board of Medical Examiners rejected the appli-
cation after limited hearing, without stating its reasons. The
district court dismissed the doctor's appeal from this decision
on the ground that the court lacked jurisdiction.

In oral argument, counsel informed us that Doctor Margoles
has now been admitted to practice medicine in Michigan and
Washington, D. C. and is no longer interested in obtaining a

license to practice in Iowa. We, therefore, hold this case moot and dismiss the appeal without passing on the merits.

We call attention to the recent change in rule 345, Rules of Civil Procedure, which requires records and briefs to be printed on both sides of the page. This is necessary to help relieve the storage problem facing our libraries.—Appeal dismissed.

All JUSTICES concur.